# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO


## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR 18-458 WJ                    **Date:** January 10, 2019

**Parties:** USA v. Kenja Treron Thomas

**Courtroom Clerk:** R. Garcia          **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Status Conference

**Place of Court:** Albuquerque

**Total time in Court:** 5 minutes

**Evidentiary Hearing:** No


**Attorneys Present for Plaintiff(s):**          **Attorneys Present for Defendant(s):**

  Eva Mae Fontanez and Howard Thomas               James Loonam



**Proceedings:**

2:19     Court in telephonic session; counsel enter appearances; Defendant not present.

         The Court understands the parties have come to an anticipated resolution of the case and will be asking the

         court to vacate the 1/10/2019 Daubert hearing and the 1/14/2019 Jury Selection/Trial pending Defendant's

         entry into the proposed plea agreement.

         The Court set a change of plea hearing for 1/14/2019 at 11:00 a.m.

2:24     Court in recess.