*Rev. May 22, 2012*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)
### (<mark>VACATED</mark>)

| CR 18-458 WJ | UNITED STATES vs. Thomas |
|---|---|

**Before The Honorable Chief Judge William P. Johnson, United States District Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | January 14, 2019 | Time In and Out: | 11:02am – 11:12am = 10 minutes |
| Clerk: | R. Garcia | Court Reporter: | Mary Loughran |
| Defendant: | Kenja Treron Thomas | Defendants Counsel: | James Loonam |
| AUSA: | Howard Thomas and Eva Fontanez | Interpreter: | N/A |

| | Sworn |
|---|---|
| | Waived |

| | |
|---|---|
| | Defendant Sworn |
| | First Appearance |
| | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| | Deft acknowledges receipt of: **Indictment or Information;    read in Spanish** |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| | Terms and conditions of proposed plea agreement explained. **read in Spanish** |
| | Factual predicate to sustain the plea provided. |
| | Deft questioned re Deft=s age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.   Deft advised of charge(s), penalties and possible consequences of the plea. |
| | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| | Deft pleads GUILTY to:  **indictment/information** |
| | Allocution by Deft on elements of charge(s). |
| | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| | Deft adjudged guilty. |
| | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| | Sentencing Date:      **to be notified** |
| | Defendant to Remain in Custody |
| | Present conditions of release continued     Conditions changed to: |
| | Penalty for failure to appear explained |
| | Presentence Report Ordered     **Expedited (Type III)** |

| | |
|---|---|
| | Other Matters:     Mr. Loonam addresses the Court; notes his client is not present; advises the Court of his efforts to contact his client. |
| | Mr. Thomas has no further information to add. |
| | The Court will issue a warrant if nothing is heard from the Defendant by noon today. |
| | Court conducts colloquy with counsel re expungement proceedings in Ohio and the Order entered by this Court on Friday. |
| | Mr. Thomas notes the Government did feel obligated to inform the Ohio authorities of these proceedings. |
| | The Court advises Mr. Loonam to keep the Court informed should he hearing from his client between now and noon. |